IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-00003-WJM-MEH | Date:   April 5, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

ALFONSO A. CARRILLO,  
NORA G. GONZALEZ CUEVAS,

JAIME ESCOBEDO,  
ROCIO G. VILLARREAL,  
JOSE A. CHARUPE,  
MARIA C. FERNANDEZ,  
ALVARO NUNEZ,  
JOSE GONZALEZ,  
MARIA E. ELIAS,  
ELDA URQUIDI,  
ERNESTO LEDEZMA,  
HUGO PACHECO ORTIZ,  
PEDRO BARRON CHAVEZ,  
JOSEFA ORTEGA,  
SERGIO HERNANDEZ,  
JUAN PABLO REYES-CRUZ,  
GONZALO PEREZ,  
SELENE ROBLES,  
LINA GISELA MOLINA,  
SILVIA DORADO,  
HECTOR PINA,  
CLAUDIA OROZCO MOLINA,  
ANA LUISA CHAVEZ,  
ELIZABETH PADILLA,  
JUAN DE DIOS MUNOZ GONZALEZ,  
JEANNETTE PINA,  
GERMAN JASSO BRUNO,  
LAURA GUTIERREZ,  
JULIO ARREGUIN,  
RUDY BREDA, and  
AGUSTIN TELLES,

     Plaintiffs,

v.

CASTLE, STAWIARSKI, LLC,  
LAWRENCE CASTLE,

Douglas Romero  
Aubrey Helling  
Timothy Edstrom  
Tracy Christy

Phillip A. Vaglica

| | |
|---|---|
| GOVERNMENT TECHNOLOGY SYSTEMS (GTS), | Christopher Groen |
| THE HOPP LAW FIRM, LLC, | Ashley Ricketson |
| ROBERT J. HOPP, | |
| GARY GLENN, | |
| CBS 4 NEWS KCNC-TV, | |
| UNIVISION COLORADO KCEC-TV, and | Steven Moore |
| | Heidi Doescher |
| DENVER DISTRICT ATTORNEY, | Susan Fisher |

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING and STATUS CONFERENCE**

**Court in session:**     **10:29 a.m.**

Court calls case.  Appearances of counsel.  Mr. Romero states on the record which Plaintiffs he represents.  The Court notes that the following Plaintiffs are not present and are not represented by counsel:  Rocio G. Villarreal, Jose A. Charupe, Maria Fernandez, Elda Urquidi, and Ernesto Ledezma.  The Court will issue a recommendation that those five Plaintiffs be dismissed without prejudice for failure to prosecute and failure to comply with the Court's orders.

Discussion regarding Plaintiff Agustin Telles and Mr. Romero's entry of appearance on his behalf.  The entry of appearance was submitted for terminated party Jose Agustin Telles.  **Mr. Romero is directed to file an Amended Notice of Entry of Appearance for Plaintiff <u>Agustin Telles</u>.**

Discussion regarding Defendant Entravision Communications Corporation's (Univision) Motion to Dismiss for Insufficient Service of Process Pursuant to Fed. R. Civ. P. 12(B)(5) [Doc. #89, filed 2/22/12], counsel for Plaintiffs filing an Amended Complaint, service on Defendants Castle, Stawiarski, and Lawrence Castle, and dismissing this case without prejudice.  All Defendants state they have no objection to dismissal without prejudice.  Mr. Romero is directed to contact the plaintiffs who did not appear today regarding dismissal without prejudice.

**ORDERED:**  The Court takes Defendant Entravision Communications Corporation's (Univision) Motion to Dismiss for Insufficient Service of Process Pursuant to Fed. R. Civ. P. 12(B)(5) [Doc. #89, filed 2/22/12] under advisement.

**Court in recess:**     **10:55 a.m.  (Hearing concluded)**
**Total time in court:**  0:26