**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-0003-WJM-MEH

**ALFONSO A. CARRILLO**,
**NORA G. GONZALEZ CUEVAS**,
**JAMIE ESCOBEDO**
ROCIO G. VILLARREAL,
JOSE A. CHARUPE,
MARIA C. FERNANDEZ,
**ALVARO NUNEZ**,
**JOSE AGUSTIN TELLES**
**JOSE GONZALEZ**,
**MARIA E. ELIAS**,
ELDA URQUIDI,
ERNESTO LEDEZMA,
**HUGO PACHECO ORTIZ**,
**PEDRO BARRON CHAVEZ**,
**JOSEFA ORTEGA**,
**SERGIO HERNANDEZ**,
**JUAN PABLO REYES-CRUZ**,
**GONZALO PEREZ**,
**SELENE ROBLES**,
**LINA GISELA MOLINA**,
**SILVIA DORADO**,
**HECTOR PINA**,
**CLAUDIA OROZCO MOLINA**
**ANA LUISA CHAVEZ**,
**ELIZABETH PADILLA**,
**JUAN DE DIOS MUNOZ GONZALEZ**,
**JEANNETTE PINA**,
**GERMAN JASSO BRUNO**,
**LAURA GUTIERREZ**,
**JULIO ARREGUIN**, and
**RUDY BREDA**


        Plaintiffs,
v.

CASTLE, STAWIARSKI, LLC,
LAWRENCE CASTLE,
GOVERNMENT TECHNOLOGY SYSTEMS (GTS),
THE HOPP LAW FIRM, LLC,

ROBERT J. HOPP,
GARY GLENN,
CBS 4 NEWS KCNC-TV,
UNIVISION COLORADO KCEC-TV, and
DENVER DISTRICT ATTORNEY

      Defendants.

---

## ORDER OF DISMISSAL

---

This matter comes before the Court on the Unopposed Motion brought by those

Plaintiffs represented by the Law Office of Douglas Romero LLC to Dismiss their Claims

Without Prejudice, filed April 19, 2012 (ECF No. 250).  The Court having reviewed the

Motion and being fully advised hereby ORDERS as follows:

The Plaintiffs Motion is GRANTED.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and

(ii), the claims of those Plaintiffs represented by the Law Office of Douglas Romero,

LLC[1] , against the Defendants are DISMISSED WITHOUT PREJUDICE.  Each party

shall bear his/her or its own attorney's fees and costs.

The claims of non-represented Plaintiffs, Rocio G. Villarreal, Jose A. Charupe,

Maria C. Fernandez, Elda Urquidi, and Ernesto Ledezma are not affected in any

manner  by this Order of Dismissal.

The Clerk of the Court is DIRECTED to amend the case caption as follows:

---

[1] This Order of Dismissal pertains ONLY to the claims of the represented plaintiffs:
Alfonso A. Carrillo, Nora G. Gonzalez Cuevas, Jamie Escobedo, Alvaro Nunez, Jose Agustin
Telles, Jose Gonzalez, Maria E. Elias, Hugo Pacheco Ortiz, Pedro Barron Chavez, Josefa Ortega,
Sergio Hernandez, Juan Pablo Reyes-Cruz, Gonzalo Perez, Selene Robles, Lina Gisela Molina,
Silvia Dorado, Hector Pina, Claudia Orozco Molina, Ana Luisa Chavez, Elizabeth Padilla, Juan
De Dios Munoz Gonzalez, Jeannette Pina, German Jasso Bruno, Laura Gutierrez, Julio Arreguin,
and Rudy Breda

ROCIO G. VILLARREAL
JOSE A. CHARUPE
MARIA C. FERNANDEZ
ELDA URQUIDI, and
ERNESTO LEDEZMA

      Plaintiffs

v.

CASTLE, STAWIARSKI, LLC,
LAWRENCE CASTLE,
GOVERNMENT TECHNOLOGY SYSTEMS (GTS),
HOPP LAW FIRM, LLC. THE,
ROBERT J. HOPP,
GARY GLENN,
CBS 4 NEWS KCNC-TV,
UNIVISION COLORADO KCEC-TV, and
DENVER DISTRICT ATTORNEY

      Defendants

The remaining parties are DIRECTED to use this amended caption in all future

filings in this case.


Dated this 20th day of April, 2012.

BY THE COURT:

_____

William J. Martínez
United States District Judge

3