**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-0003-WJM-MEH

ROCIO G. VILLARREAL,
JOSE A. CHARUPE,
MARIA C. FERNANDEZ,
ELDA URQUIDI, and
ERNESTO LEDEZMA,

    Plaintiffs,

v.

CASTLE, STAWIARSKI, LLC,
LAWRENCE CASTLE,
GOVERNMENT TECHNOLOGY SYSTEMS (GTS),
THE HOPP LAW FIRM, LLC,
ROBERT J. HOPP,
GARY GLENN,
CBS 4 NEWS KCNC-TV,
UNIVISION COLORADO KCEC-TV, and
DENVER DISTRICT ATTORNEY

    Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION
AND DISMISSING CLAIMS BROUGHT BY ALL REMAINING PLAINTIFFS
WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND
FAILURE TO OBEY COURT ORDERS**

---

This matter is before the Court on the April 9, 2012 Recommendation by United States Magistrate Judge Michael E. Hegarty that the following Plaintiffs' claims be dismissed without prejudice: (1) Rocio G. Villareal; (2) Jose A. Charupe; (3) Maria Fernandez; (4) Elda Urquidi; and (5) Ernesto Ledezema (collectively "Plaintiffs").[1]  (ECF

---

[1] The Court notes that these are the only Plaintiffs remaining in this case. All other Plaintiffs voluntarily dismissed their claims.  (ECF No. 252.)

No. 245.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

Pursuant to Federal Rule of Civil Procedure 72(b)(2), a party has 14 days after being served with a copy of the Recommendation to file specific written objections to the proposed findings.  Though more than fourteen days have passed, no objections to the Magistrate Judge's Recommendation were filed by any of the Plaintiffs.  "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes that the Magistrate Judge's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record."  *See* Fed. R. Civ. P. 72(b) advisory committee's note.  Accordingly, the Court ORDERS as follows:

1. Magistrate Judge Hegarty's Recommendation (ECF No. 245) is ACCEPTED;

2. The claims brought by Plaintiffs Rocio G. Villareal, Jose A. Charupe, Maria Fernandez, Elda Urquidi, and Ernesto Ledezma are DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with multiple Court orders;

3. As these were the only Plaintiffs remaining in this action, the Clerk shall close this case and enter judgment in favor of Defendants; and

4.	All parties shall bear their own costs.

Dated this 27th day of April, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge
