**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Case No. 12-cv-0003-WJM-MEH

ROCIO G. VILLARREAL,
JOSE A. CHARUPE,
MARIA C. FERNANDEZ,
ELDA URQUIDI, and
ERNESTO LEDEZMA,

      Plaintiffs,

v.

CASTLE, STAWIARSKI, LLC,
LAWRENCE CASTLE,
GOVERNMENT TECHNOLOGY SYSTEMS (GTS),
THE HOPP LAW FIRM, LLC,
ROBERT J. HOPP,
GARY GLENN,
CBS 4 NEWS KCNC-TV,
UNIVISION COLORADO KCEC-TV, and
DENVER DISTRICT ATTORNEY

      Defendants.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION**
**AND DISMISSING CLAIMS BROUGHT BY ALL REMAINING PLAINTIFFS**
**WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND**
**FAILURE TO OBEY COURT ORDERS**

---

This matter is before the Court on the April 9, 2012 Recommendation by United

States Magistrate Judge Michael E. Hegarty that the following Plaintiffs' claims be

dismissed without prejudice: (1) Rocio G. Villareal; (2) Jose A. Charupe; (3) Maria

Fernandez; (4) Elda Urquidi; and (5) Ernesto Ledezma (collectively "Plaintiffs").[1]  (ECF

---

[1]  The Court notes that these are the only Plaintiffs remaining in this case.  All other
Plaintiffs voluntarily dismissed their claims.  (ECF No. 252.)

No. 245.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. §
636(b)(1)(B), Fed. R. Civ. P. 72(b).

Pursuant to Federal Rule of Civil Procedure 72(b)(2), a party has 14 days after
being served with a copy of the Recommendation to file specific written objections to
the proposed findings.  Though more than fourteen days have passed, no objections to
the Magistrate Judge's Recommendation were filed by any of the Plaintiffs.  "In the
absence of timely objection, the district court may review a magistrate . . . [judge's]
report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165,
1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t
does not appear that Congress intended to require district court review of a magistrate's
factual or legal conclusions, under a *de novo* or any other standard, when neither party
objects to those findings").

The Court concludes that the Magistrate Judge's thorough and comprehensive
analyses and recommendations are correct and that "there is no clear error on the face
of the record."  *See* Fed. R. Civ. P. 72(b) advisory committee's note.  Accordingly, the
Court ORDERS as follows:

1.      Magistrate Judge Hegarty's Recommendation (ECF No. 245) is ACCEPTED;

2.      The claims brought by Plaintiffs Rocio G. Villareal, Jose A. Charupe, Maria
        Fernandez, Elda Urquidi, and Ernesto Ledezma are DISMISSED WITHOUT
        PREJUDICE for failure to prosecute and failure to comply with multiple Court
        orders;

3.      As these were the only Plaintiffs remaining in this action, the Clerk shall close
        this case and enter judgment in favor of Defendants; and

2

4.      All parties shall bear their own costs.


Dated this 27th day of April, 2012.

                                                BY THE COURT:


                                                _____
                                                William J. Martínez
                                                United States District Judge